**Order issued October 22, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00276-CR

———————————

**THE STATE OF TEXAS, Appellant**

**V.**

**RUBEN SANTILLANA, Appellee**

———————————

## NO. 01-20-00277-CR

———————————

**THE STATE OF TEXAS, Appellant**

**V.**

**RUBEN SANTILLANA, Appellee**

———————————

## NO. 01-20-00338-CR

———————————

**THE STATE OF TEXAS, Appellant**

**V.**

**ARMEESE SHANTELL BLOUNT, Appellee**

———————————————

**NO. 01-20-00339-CR**

———————————————

**THE STATE OF TEXAS, Appellant**

**V.**

**ARMEESE SHANTELL BLOUNT, Appellee**

———————————————

**NO. 01-20-00340-CR**

———————————————

**THE STATE OF TEXAS, Appellant**

**V.**

**DARNELL DEVON KNIGHTEN, Appellee**

———————————————

**NO. 01-20-00341-CR**

———————————————

**THE STATE OF TEXAS, Appellant**

**V.**

**JARED FOLLMER, Appellee**

———————————————

**NO. 01-20-00342-CR**

———————————————

**THE STATE OF TEXAS, Appellant**

**V.**

**JEREMEY FRANCOIS RUTHERFORD, Appellee**

_____

## NO. 01-20-00343-CR

_____

**THE STATE OF TEXAS, Appellant**

**V.**

**TRENT SANDERS SMITH, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 8
Harris County, Texas
Trial Court Case Nos. 2288876, 2288877, 2293064, 2151871, 2294710, 2297162,
2295115, 2295129**

---

### ORDER ON MOTIONS FOR REHEARING

On this day, the Court considered the Motions for Rehearing filed by

Defendants in the above-referenced cases. The motions are **DENIED**.

It is so **ORDERED**.

### PER CURIAM

Panel consists of Chief Justice Radack and Justices Hightower and Adams.

Do not publish. TEX. R. APP. P. 47.2(b).